UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
INLAND WESTERN SARATOGA SPRINGS
WILTON, LLC,

                        Plaintiff,
            vs.                                  No. 1:09-CV-1207
                                                    (NAM/DRH)

A.C. MOORE, INCORPORATED,

                        Defendant.
-------------------------------------------------------------------

APPEARANCES                            OF COUNSEL

Hamilton, Watt Law Firm            Lawrence R. Hamilton, Esq.
480 Broadway
Suite 250
Saratoga Springs , NY 1286
Attorney for Plaintiff

Blank, Rome Law Firm               Andrew B. Eckstein, Esq.
405 Lexington Avenue
New York , NY 10174
Attorney for Defendant

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

      1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

      2. The dismissal of the above-captioned case shall become **with prejudice** on the

thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

       3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

Date:  November 16, 2009
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge